UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LETHA PEARL WILKS,<br>Plaintiff,<br>v.<br>CHOWCHILLA WOMEN FACILITY,<br>Defendant. | Case No. 19-cv-07469-VKD<br><br>**ORDER OF TRANSFER** |

Ms. Letha Pearl Wilks, who is currently confined at the Patton State Hospital, filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983 against the Central California Women's Facility ("CCWF") for classifying her as a "mental patient" upon her arrival. Dkt. No. 1 at 1–2. CCWF is in Chowchilla, which is in Madera County. Because the acts complained of occurred in Madera County, which lies within the venue of the Eastern District of California, *see* 28 U.S.C. § 84(b), venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b). This Court has discretion to either dismiss the case for wrong venue or transfer it to the proper federal court "in the interest of justice." *See* 28 U.S.C. § 1406(a). The Court concludes that the interest of justice is best served by transfer, and accordingly orders the case TRANSFERRED to the United States District Court for the Eastern District of California.

The Clerk of the Court shall terminate all pending motions and transfer the entire file to the Eastern District of California.

**IT IS SO ORDERED.**

Dated: November 19, 2019

VIRGINIA K. DEMARCHI
United States Magistrate Judge