UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETHA PEARL WILKS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CHOWCHILLA WOMEN FACILITY,<br><br>　　　　　　Defendant. | 1:19-cv-01640-GSA (PC)<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(Document# 2) |

Plaintiff is a former state prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983.

In the instant action, plaintiff filed an application to proceed *in forma pauperis* on November 13, 2019. (ECF No. 2.) Examination of these documents reveals that plaintiff is unable to afford the costs of this action. Accordingly, the motion to proceed *in forma pauperis* is GRANTED.

IT IS SO ORDERED.

　　Dated: __November 21, 2019__　　　　　　__/s/ Gary S. Austin__
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE