UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETHA PEARL WILKS II,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHOWCHILLA WOMEN'S FACILITY,<br><br>　　　　Defendant. | 1:19-cv-01640-DAD-GSA-PC<br><br>**FINDINGS AND RECOMMENDATIONS, RECOMMENDING THAT THIS CASE BE DISMISSED, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM**<br>**(ECF No. 11.)**<br><br>**OBJECTIONS, IF ANY, DUE WITHIN FOURTEEN (14) DAYS** |

　　　Letha Pearl Wilks II ("Plaintiff"), a civil detainee at Patton State Hospital, is proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on November 13, 2019, in the United States District Court for the Northern District of California. (ECF No. 1.) On November 19, 2019, the case was transferred to this court. (ECF No. 7.)

　　　On July 30, 2020, the Court dismissed Plaintiff's Complaint for failure to state a claim, with leave to file a First Amended Complaint within thirty days. (ECF No. 11.) On October 9, 2020, Plaintiff was granted a forty-five day extension of time to file the First Amended

Complaint. (ECF No. 14.) The forty-five day time period has now expired and Plaintiff has not neither filed a First Amended Complaint nor requested another extension of time. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

Accordingly, **IT IS HEREBY RECOMMENDED** that:

1. Pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this case be DISMISSED, with prejudice, based on Plaintiff's failure to state a claim upon which relief may be granted under § 1983; and

2. The Clerk be directed to CLOSE this case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). **Within fourteen (14) days** from the date of service of these findings and recommendations, Plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal. Wilkerson v. Wheeler, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **January 8, 2021**              **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE