UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETHA PEARL WILKS,<br><br>Plaintiff,<br><br>v.<br><br>CHOWCHILLA WOMEN FACILITY,<br><br>Defendant. | No. 1:19-cv-01640-DAD-GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION<br><br>(Doc. No. 14) |

Plaintiff Letha Pearl Wilks is a civil detainee at Patton State Hospital proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 20, 2020, the assigned magistrate judge screened plaintiff's complaint and found that the allegations in the complaint were vague and unintelligible, and that plaintiff failed to state any cognizable claim.  (Doc. No. 12 at 4.)  In that screening order, the court provided plaintiff guidance regarding the pleading and legal standards applicable to the claims she was attempting to assert in her complaint, and plaintiff was granted leave to file an amended complaint within thirty (30) days from service of that screening order.  (*Id.* at 10–11.)  To date, plaintiff has not filed an amended complaint or sought an extension of time in which to do so.

1

1    Accordingly, on January 11, 2021, the assigned magistrate judge issued findings and
2 recommendations recommending that this action be dismissed due to plaintiff's failure to state a
3 cognizable claim upon which relief may be granted. (Doc. No. 14.) Those pending findings and
4 recommendations were served on plaintiff and contained notice that any objections thereto were
5 to be filed within fourteen (14) days after service. (*Id.* at 2.) To date, no objections to the
6 pending findings and recommendations have been filed, and the time in which to do so has now
7 passed.

8    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a
9 *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the
10 findings and recommendations are supported by the record and by proper analysis.

11   Accordingly,

12   1.   The findings and recommendations issued on January 11, 2021 (Doc No. 14) are
13        adopted in full;
14   2.   This action is dismissed due to plaintiff's failure to state a claim; and
15   3.   The Clerk of the Court is directed to close this case.

16 IT IS SO ORDERED.

17   Dated: **February 18, 2021**                    /s/ Dale A. Drozd
18                                                   UNITED STATES DISTRICT JUDGE